**Sabrina Renee BROWN, Plaintiff—Appellant,**

**v.**

**HUNTINGTON INGALLS INCORPORATED, Defendant—Appellee.**

No. 11–2338.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2012.

Decided: Feb. 27, 2012.

Sabrina Renee Brown, Appellant Pro se. Dean C. Berry, Huntington Ingalls Industries, Newport News, Virginia; Scott William Kezman, Kaufman & Canoles, PC, Norfolk, Virginia, for Appellee.

Before MOTZ, DAVIS, and DIAZ, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sabrina Renee Brown seeks to appeal orders of the magistrate judge denying her motion for a protective order, motion to compel discovery, and motion for an extension of time to file response or reply. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545–46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The orders Brown seeks to appeal are neither final orders nor appealable interlocutory or collateral orders. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*